UNITED STATES DISTRICT COURT
                             FOR THE
                       DISTRICT OF VERMONT

UNITED STATES OF AMERICA,    :
                             :
                             :
        v.                   :      Crim. No. 2:07-CR-141-1
                             :
ROGER ALETRAS                :

                              ORDER

    The Report and Recommendation of the United States Magistrate Judge was filed November 21, 2016.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

    A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *Perez-Rubio v. Wyckoff*, 718 F. Supp. 217, 227 (S.D.N.Y. 1989).  The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations."  *Id.*

    The motion under 28 U.S.C. §2255 to vacate, set aside or correct a sentence by a person in federal custody (Doc. 39) is DENIED.

    Pursuant to Fed. R. App. P. 22(b), a certificate of appealability is DENIED because the petitioner has failed to make a substantial showing of denial of a federal right.  Moreover,

the petitioner's grounds for relief do not present issues which are debatable among jurists of reasons, which could have been resolved differently, or which deserve further proceedings. *Lucidore v, New York State Div. Of Parole,* 209 F.3d 107, 112 (2d Cir. 2000).

It is further certified that any appeal would not be taken in good faith, and permission to proceed *in forma pauperis* is therefore DENIED.  See 28 U.S.C. § 1915(a)(3).

THIS CASE IS CLOSED.

Dated at Burlington, in the District of Vermont, this 4th day of January, 2017.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge